

DOCKET NO. 1807

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE WACHOVIA SECURITIES, LLC, WAGE AND HOUR LITIGATION

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On December 22, 2006, the Panel transferred seven civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ____F.Supp.2d____ (J.P.M.L. 2006). With the consent of that court, all such actions have been assigned to the Honorable David O. Carter.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Carter.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of December 22, 2006, and, with the consent of that court, assigned to the Honorable David O. Carter.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JAN 22 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Cristina Squires
DEPUTY CLERK

1125

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1807
## IN RE WACHOVIA SECURITIES, LLC, WAGE AND HOUR LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NEW JERSEY** | |
| NJ  2  06-4487 ✓ | Alan B. Krichman v. Wachovia Corp., et al. |
| NJ  3  06-4931 | Jay Austin, et al. v. Wachovia Securities |
| **NEW YORK EASTERN** | |
| NYE  2  06-1276 | Gene Panasenko v. Wachovia Corp., et al. |
| **NEW YORK SOUTHERN** | |
| NYS  1  05-8852 | Gerald Rouse v. First Union Securities, Inc., et al. |
| NYS  1  06-13319 | David Dougherty v. Wachovia Securities, LLC |