# EXHIBIT A

The Garden City Group, Inc.



Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

| DATE | INVOICE # | ACCOUNT | PROJECT |
|---|---|---|---|
| 5/6/2009 | | PWH | |

**BILL TO SETTLEMENT CONSIDERATION, copy to:**

Jeffrey G. Smith, Esq.
Wolf, Haldenstein, Adler, Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016

In re: Wachovia Securities, LLC, Wage & Hour Litigation

| | |
|---|---|
| Amount Due for the Current Invoice Period (Inception - 3/15/09): | $80,011.66 |
| Projected Total to Completion (3/16/09 - Completion): | $84,913.79 |
| Total Amount to be Deducted from Settlement Consideration per Section III, Paragraph E of the Stipulation of Settlement: | **$164,925.45** |

## GCG Notice and Claims Administration Fees

| Transactional Item | Agreed Fee | Actual Volume This Invoice | Amount Due This Invoice | Projected to Completion Volume/Total |
|---|---|---|---|---|
| **DISSEMINATION OF NOTICE** | | | | |
| Printing of Notice Packet | $0.54 each | 2,856 | $1,542.24 | ---- |
| Publication Notice - The Wall Street Journal | | | $22,535.52 | |
| Advanced Address Search | $1.50 each | 447 | $670.50 | |
| Reminder Postcard | $0.25 each | 918 | $229.50 | |
| **DATA ENTER NAMES & ADDRESSES** | | | | |
| Electronic Data Entry | $0.065 each | 2,327 | $151.26 | |
| From Returned Mail and Other Correspondence | $0.45 each | 259 | $116.55 | 31/$13.95 |
| **IMAGING DOCUMENT MANAGEMENT AND STORAGE** | | | | |
| Sort Mail | $0.45 each | 2,203 | $991.35 | 300/$135.00 |
| Prep Mail | Standard hourly rates | 11.0 | $817.50 | $520.00 |
| Scan Mail | $0.12 per image | 5,902 | $708.24 | 600/$72.00 |
| Document Storage – Electronic | $0.008 per image/record per month | 5,902 | $71.07 | $468.14 |
| Document Storage – Paper | $1.50 per box per month | 4 | $12.85 | $81.00 |
| Process Undeliverables | $0.25 each | 449 | $112.25 | ---- |



| CLAIM VALIDATION | | | | |
|---|---|---|---|---|
| Process Claims/Deficiency Responses | $2.95 each | 1,547 | $4,563.65 | 150/$442.50 |
| Prepare Deficiency/Rejection Letters | $1.50 each | 45 | $67.50 | 15/$22.50 |
| Additional Processing for Non-Conforming Claims and/or Responding to Claimants Who Dispute Weeks Worked or Other Employment Information | Standard hourly rates | ---- | | $1,500.00 |
| Handle & Process Exclusions and Objections | Standard hourly rates | 4.0 | $500.00 | $250.00 |

| CONTACT SERVICES | | | | |
|---|---|---|---|---|
| IVR Set-Up Fee | $2,500.00 | | | $2,500.00 |
| IVR Minutes | $0.49 per minute | 277.03 | $135.74 | 375.00/$183.75 |
| CSR/Live Operator Including Transcriptions of Recorded Messages | $0.95 per minute | 74.25 | $70.54 | 125.00/$118.75 |
| Monthly Maintenance Charge | $100.00 per month | 1/8/09 - 3/15/09 | $222.58 | $900.00 |
| Management of Call Center | Standard hourly rates | 2.0 | $367.00 | $2,800.00 |
| Handling of Class Member Communications (call backs, emails, remails and other correspondence) | Standard hourly rates | 121.4 | $12,420.00 | $11,022.00 |

| WEBSITE SERVICES | | | | |
|---|---|---|---|---|
| Standard Set-Up & Design | $3,500.00 | | | $3,500.00 |
| Monthly Maintenance Charge | $200.00 per month | 1/8/09 - 3/15/09 | $445.16 | $1,800.00 |
| Website Updates | Standard hourly rates | 1.3 | $158.50 | $375.00 |

| DISTRIBUTION SERVICES | | | | |
|---|---|---|---|---|
| Printing of Checks | $1.25 each | ---- | | 1,686/$2,107.50 |
| Printing of 1099 Form Issued with Checks | WAIVED | | | WAIVED |
| Printing & Distribution of W-2s | $3.00 each | ---- | | 1,686/$5,058.00 |
| Check Reissues | $1.95 each | ---- | | 68/$132.60 |
| Handling Undeliverable Checks | $5.00 each | ---- | | 34/$170.00 |
| Prepare and File Tax Returns | $2,500.00 per return | ---- | | 3/$7,500.00 |



The Garden City Group, Inc.

Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

| PROJECT MANAGEMENT | | |
|---|---|---|
| Project Management | 88.0 PM hours | $45,801.50 |
| Quality Assurance | 69.6 QA hours | |
| Systems Support | 38.3 SS hours | |

| | TOTAL FEES: | $76,244.50 | $82,872.19 |
|---|---|---|---|

| Expenses: Project Inception through Project Completion | | |
|---|---|---|
| DESCRIPTION | Expenses Due this Period | Expenses To Completion |
| | AMOUNT | AMOUNT |
| Copying/Printing/Facsimile | $23.40 | $4.60 |
| Postage | $2,001.61 | $1,899.00 |
| Messenger/Courier | $191.30 | $55.00 |
| Project Supplies/Equipment | $557.84 | $83.00 |
| Domain Name Registration Fee | $345.52 | ---- |
| NCOA Search | $3.49 | ---- |
| PO Box Rental | $644.00 | ---- |
| TOTAL EXPENSES: | $3,767.16 | $2,041.60 |

$24,733.00

AMOUNT DUE THIS PERIOD (FEES AND EXPENSES):  $80,011.66

PROJECTED TOTAL FOR PROJECT COMPLETION:  $84,913.79

TOTAL DUE THIS INVOICE:  $164,925.45

3



## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

At the time of service, I was over 18 years of age and **not a party to this action.** I am employed in the County of San Diego, State of California. My business address is 4370 La Jolla Village Drive, Suite 970, San Diego, California 92122-1253.

On May 6, 2009, I served true copies of the following document(s) described as **DECLARATION OF JENNIFER M. KEOUGH REGARDING CLAIMS ADMINISTRATION FEES AND EXPENSES** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 6, 2009, at San Diego, California.

_____
Teri L. Zabyer

**SERVICE LIST**

Jeffrey G. Smith, Esq.
WOLF HALDENSTEIN ADLER FREEMAN
      & HERZ LLP
270 Madison Avenue
New York, NY 10016
smith@whafh.com

M. Michael Cole, Esq.
Andrew J. Schaffran
MORGAN LEWIS AND BOCKIUS
Spear Street Tower
One Market Street
San Francisco, CA 94105
mcole@morganlewis.com
dschaffran@morganlewis.com

Edward J. Wynne, Esq.
WYNNE LAW FIRM
100 Drakes Landing Road, Suite 275
Greenbrae, CA 94904
ewynne@wynnelawfirm.com

83383.1