# EXHIBIT A

**Kevin McInerney**

---

**From:** Kevin McInerney
**Sent:** Thursday, March 12, 2009 2:45 PM
**To:** jcotchett@cpmlegal.com
**Subject:** Wachovia/First Union Securities Broker Overtime Litigation Cases

Dear Mr. Cotchett:

I am contacting you regarding the Wachovia/First Union Securities Broker Overtime Litigation cases. A couple of weeks ago I received from John Kelson, Esq. an email requesting that I secure written approval of a proposed settlement from my class representatives. A form letter to be sent to my clients was attached. I was a little surprised by this because I really hadn't heard anything about the progress of a proposed settlement that I had heard, secondhand, was tentatively reached back in December. When I asked for more details from John Kelson, it appeared that no definitive allocation plan had been agreed to or even one that could be proposed to the defendants or the court. Under the circumstances, I was reluctant to ask my clients to approve what appeared to be an incomplete deal. I wonder if you could give me a call because, based upon what I have seen, I have a couple of concerns. I will be out of the office tomorrow but will be in the office all next week.

DICTATED BUT
NOT READ

*Kevin J. McInerney*
McInerney & Jones
18124 Wedge Parkway #503
Reno, NV 89511
Telephone: (775) 849-3811
Facsimile: (775) 849-3866

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply to this email, and delete the message.