JEFFREY G. SMITH (#133113) smith@whafh.com
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile:  (212) 545-4653

JOSEPH W. COTCHETT (#36324) jcotchett@cpmlegal.com
**COTCHETT, PITRE, & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile:  (650) 697-0577

*Co-Lead Counsel for Plaintiffs*

Lorie E. Almon (*pro hac vice*) lalmon@seyfarth.com
Brett C. Bartlett (*pro hac vice*) bbartlett@seyfarth.com
**SEYFARTH SHAW LLP**
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 218-5500
Facsimile:  (310) 201-5129

Malcolm Heinicke (#194174) heinickema@mto.com
**MUNGER, TOLLES & OLSON, LLP**
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile:  (415) 512-4077

*Attorneys for Defendants Wachovia Corporation,
Wachovia Securities, LLC, and First Union Securities, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: WACHOVIA SECURITIES, LLC WAGE & HOUR LITIGATION | MDL NO. 1807<br>MASTER FILE NO.:<br>07-ml-01807-DOC-RNB<br><br>**RESULTS OF ATTEMPTED RESOLUTION OF UNPAID CLAIMS** |

Pursuant to Minute Order in Chambers Setting Status Conference, Dkt No. 104, dated September 4, 2012 (the "Order"), counsel for all parties submits the following Results of Attempted Resolution of Unpaid Claims.

On September 5, 2012, following the Order, Plaintiffs' counsel sent an email to Wachovia counsel proposing discussion of the Gray and Kelter disputed claims issue. On Thursday September 6, 2012 Wachovia counsel responded. On Friday, September 7, 2012, Plaintiffs' counsel sent Wachovia counsel copies of the claim forms and supporting documents for Gray and Kelter obtained from the claims administrator, the Garden City Group. Wachovia counsel has explained that they and Wachovia are reviewing the materials and further information that Plaintiffs' counsel sent, and are otherwise researching Gray's and Kelter's claims.

As of today, September 11, 2012, there has been no resolution. Counsel for Wachovia has requested additional time to consult with their client. They explain that this case has been closed for some time, that many of their files and information regarding the case were sent to storage long ago, and that many of the attorneys and personnel who worked on their team and possessed pertinent information necessary to examine these claims are no longer employed by Wachovia's counsel's firm or by Wachovia. Consequently, it is taking longer for them to examine Gray's and Kelter's claims than might otherwise be expected. Wachovia requests that the time for the parties to attempt to resolve these matters be extended to Friday, September 21, 2012, with a brief postponement to the parties' conference with this Court, which is currently scheduled for September 17, 2012. Plaintiffs do not object. In addition, the parties request permission for their counsel to appear at that conference telephonically, should the conference remain necessary after the consultation in which counsel are engaged. Lead counsel for Plaintiffs and Wachovia reside on the East Coast.

| | | |
|---|---|---|
| 1 | Dated: September 11, 2012 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
| 2 | | |
| 3 | | By /s/ Jeffrey G. Smith |
| 4 | | Attorneys for Plaintiffs |
| 5 | | |
| 6 | | SEYFARTH SHAW LLP |
| 7 | | By /s/ Brett C. Bartlett |
| 8 | | Attorneys for Defendant Wachovia Securities LLC |

WACHOVIA: 697842

2