JEFFREY G. SMITH (#133113) smith@whafh.com
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile:  (212) 545-4653

JOSEPH W. COTCHETT (#36324) jcotchett@cpmlegal.com
**COTCHETT, PITRE, & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile:  (650) 697-0577

*Co-Lead Counsel for Plaintiffs*

Lorie E. Almon (*pro hac vice*) lalmon@seyfarth.com
Brett C. Bartlett (*pro hac vice*) bbartlett@seyfarth.com
**SEYFARTH SHAW LLP**
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 218-5500
Facsimile:  (310) 201-5129

Malcolm Heinicke (#194174) heinickema@mto.com
**MUNGER, TOLLES & OLSON, LLP**
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile:  (415) 512-4077

*Attorneys for Defendants Wachovia Corporation,
Wachovia Securities, LLC, and First Union Securities, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: WACHOVIA SECURITIES, LLC WAGE & HOUR LITIGATION | MDL NO. 1807<br>MASTER FILE NO.:<br>07-ml-01807-DOC-RNB<br><br>**UPDATE ON ATTEMPTED RESOLUTION OF UNPAID CLAIMS** |

        Pursuant to Your Honor's order of September 14, 2012 regarding new dates for a status conference, for settling the Gray and Kelter claims disputes and for a new update on the dispute negotiations between the counsel for the parties, Dkt. No. 107 (the "Order"), the parties hereby submit the following.

        Pursuant to the Order, counsel for the parties engaged in further discussion of the Gray and Kelter claims. As a result, on Friday, September 21, 2012, and again on Monday, September 24, 2012, Wachovia counsel informed plaintiffs' counsel that the claims of Gray and Kelter (approximately $4600 total) would very likely be paid in full. On Monday, September 24, 2012, Wachovia counsel further informed plaintiffs' counsel that, although payment in full had been recommended for authorization, it was not clear who, as a business matter, within Wells Fargo--outside of its legal department--had the authority to authorize payments of these claims since the settlement was three years old and since it was not clear who at Wachovia/Wells Fargo had knowledge of the case. As a result, Wachovia counsel explained, part of the delay resulted from the necessity to explain the situation on each occasion to the Wells Fargo person who might have the authority to approve the claims.

        On the basis of several years of experience with Wachovia counsel, plaintiffs' counsel believes that Wachovia counsel has accurately described the situation at Wells Fargo, that Wachovia counsel is acting in good faith and that a full settlement is to be expected within a reasonable time. Since the Order set a date of October 1, 2012 for a conference before Your Honor, moreover, there is still some time for a final resolution.

        Therefore, counsel for the parties respectfully requests that Your Honor allow counsel for the parties to submit a report on or before Friday, September 28, 2012 regarding the settlement and set a new date for the

conference before Your Honor. It is the hope and belief of counsel for both parties that the conference before Your Honor will not be necessary.

Dated: September 24, 2012

WOLF HALDENSTEIN
ADLER FREEMAN & HERZ LLP

By  s/ Jeffrey G. Smith
Attorneys for Plaintiffs


SEYFARTH SHAW LLP

By  s/ Brett C. Bartlett
Attorneys for Defendant
Wachovia Securities LLC

WACHOVIA: 699232