JEFFREY G. SMITH (#133113) smith@whafh.com
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

JOSEPH W. COTCHETT (#36324) jcotchett@cpmlegal.com
**COTCHETT, PITRE, & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Co-Lead Counsel for Plaintiffs*

Lorie E. Almon (*pro hac vice*) lalmon@seyfarth.com
Brett C. Bartlett (*pro hac vice*) bbartlett@seyfarth.com
**SEYFARTH SHAW LLP**
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 218-5500
Facsimile: (310) 201-5129

Malcolm Heinicke (#194174) heinickema@mto.com
**MUNGER, TOLLES & OLSON, LLP**
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Attorneys for Defendants Wachovia Corporation,
Wachovia Securities, LLC, and First Union Securities, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: WACHOVIA SECURITIES, LLC WAGE & HOUR LITIGATION | MDL NO. 1807 MASTER FILE NO.: 07-ml-01807-DOC-RNB <br><br> **SECOND UPDATE ON DISPUTED CLAIMS** |

On September 24, 2012, pursuant to this Court's order of September 14, 2012 regarding new dates for a status conference, for settling the Gray and Kelter claims disputes and for a new update on the dispute negotiations between the counsel for the parties, Dkt. No. 107 (the "Order"), counsel for the parties submitted an Update on Resolution Of Unpaid Claims, Dkt. No. 108 ("Update"). In the Update, counsel for the parties reported that a settlement was near but not quite completed.

On September 25, 2012, counsel for Wachovia informed counsel for Gray and Kelter that Wells Fargo had agreed to pay Gray and Kelter the full amount of their disputed claims.

Counsel for Gray and Kelter then computed the precise award amount due Gray and Kelter pursuant to the final and approved settlement of this multi-district litigation. For Gray, an Ohio resident, the total award is $2,574.72. Both Gray and Wachovia counsel confirmed that they agreed with plaintiffs' counsel's computation.

For Kelter, a resident of California, the total award is $2,145.60. Both Kelter and Wachovia counsel confirmed that they agreed with plaintiffs' counsel's computation.

With this agreement, the dispute which brought plaintiffs' counsel to the Court at this time has come to an end and the conference scheduled for October 1, 2012 will not be necessary. By this agreement, Kelter, Gray, Wachovia, and the

parties' counsel shall be bound by the terms of the settlement agreement that this Court approved on October 5, 2009.

Counsel for both parties respectfully thank this Court for its help in this matter.

Dated: September 28, 2012

WOLF HALDENSTEIN
ADLER FREEMAN & HERZ LLP

By __s/ Jeffrey G. Smith_____
    Attorneys for Plaintiffs


SEYFARTH SHAW LLP

By __s/ Brett C. Bartlett_____
    Attorneys for Defendant
    Wachovia Securities LLC

WACHOVIA: 699491